UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20539-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DONALD MANFREDONIA,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Kristi Kassebaum, Esq. for fees and expenses be paid in full. The Court has reviewed Judge Palermo's R&R. There being no objections expected, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Ms. Kassebaum shall be paid $23,286.00 as fair compensation for her work on this case.

DONE AND ORDERED in Miami, Florida this _19_ day of October, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Kristi Kassebaum, Esq.
Lucy Lara, CJA Administrator